CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 14 2009

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DESHAWN MOORE, | ) |
| | ) Case No. 7:09CV00111 |
| Plaintiff, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| SOUTHWEST VA REGIONAL JAIL HAYSI FACILITY, | ) |
| | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and is stricken from the active docket of the court.

ENTER: This 14th day of April, 2009.

/s/ Glen E. Conrad
United States District Judge